# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

85 FLATBUSH RHO MEZZ LLC, et al.,

                Debtors.

-----------------------------------------------------------X

85 FLATBUSH RHO MEZZ LLC, et al.,

                Debtors-Appellants,           22 **CIVIL** 6241 (CS)

      -against-

TH HOLDCO LLC,

                Appellee.

-----------------------------------------------------------X

85 FLATBUSH MEZZ LLC,

                Creditor-Appellant,

                                                                        22 **CIVIL** 6233 (CS)

      -against-                                                    **JUDGMENT**

TH HOLDCO LLC,

                Appellee.

-----------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 20, 2022, the Confirmation Order is AFFIRMED; accordingly, the cases are closed.

**Dated:** New York, New York
           October 24, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                               **BY:**     *K. Mango*

                                                          **Deputy Clerk**